IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-395-RJC-DCK

| | |
|---|---|
| **TYRA J. GIPSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **TRUSTMARK HEALTH BENEFITS, INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Isaac A. Linnartz, concerning Devin Carpenter on September 14, 2020. Devin Carpenter seeks to appear as counsel *pro hac vice* for Defendant Trustmark Health Benefits, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Devin Carpenter is hereby admitted *pro hac vice* to represent Defendant Trustmark Health Benefits, Inc.

Signed: September 14, 2020

David C. Keesler
United States Magistrate Judge